UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                  **CASE NO. 4:15CV00403 BSM**

**$791,985.00 IN UNITED STATES CURRENCY**             **DEFENDANT**

## JUDGMENT

Consistent with the decree of forfeiture entered today, this case is hereby dismissed with prejudice.

DATED this 19th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE